**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 23-2186**

SAMMY DAVID MCLAIN, JR.,

> Plaintiff - Appellant,

> v.

DR. MICHELLE L. THALLER, NASA Goddard Flight Center; MARY W. JACKSON, NASA Headquarters; MATT YOUNG; PEPCO HOLDINGS LLC COMPANY,

> Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Deborah Lynn Boardman, District Judge. (8:23-cv-01521-DLB)

Submitted: February 27, 2024          Decided: February 29, 2024

Before WILKINSON, WYNN, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Sammy David Mclain, Appellant Pro Se. Brian Evan Hoffman, PEPCO HOLDINGS, Washington, D.C., for Appellee Matt Young.

Unpublished opinions are not binding precedent in this circuit.

2

PER CURIAM:

Sammy Mclain appeals the district court's order dismissing his complaint as frivolous.  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  *Mclain v. Thaller*, No. 8:23-cv-01521-DLB (D. Md. Nov. 2, 2023).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*